# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Edward Alexander Dana,<br><br>Defendant(s) | )<br>)  Case: 1:25-mj-00152<br>)  Assigned To: Judge Upadhyaya, Moxila A.<br>)  Assign. Date: 8/19/2025<br>)  Description: COMPLAINT W/ARREST WARRANT<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 17, 2025__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 871 | (Threats against President and successors to the Presidency) |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
Complainant's signature

Adriana Hernandez, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__Telephone__ (specify reliable electronic means).

Date: __08/19/2025__

_____
Judge's signature

City and state: __Washington, DC__   Moxila Upadhyaya, U.S. Magistrate Judge
Printed name and title