Case 1:25-mj-00152-MAU   Document 1-1

Case: 1:25-mj-00152
Assigned To: Judge Upadhyaya. Moxila A.
Assign. Date: 8/19/2025
Description: COMPLAINT W/ARREST WARRANT

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Adriana Hernandez of the United States Secret Service, being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent of the United States Secret Service since April of 2024. I am assigned to the Protective Intelligence Division of the Washington Field Office. Additionally, I am a Task Force Officer assigned to the Joint Terrorism Task Force of the Federal Bureau of Investigation since October 2024. I have successfully completed law enforcement and national security focused training including formal courses and training exercises. As part of my official responsibilities I have participated in criminal investigations into offenses involving threats to elected officials, including the President of the United States.

2. This affidavit is submitted in support of a criminal complaint alleging that Edward Alexander DANA violated 18 U.S.C. § 871 (Threats against President and successors to the Presidency) on August 17, 2025.

3. This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents and officers, video recordings made available to me by other law enforcement agents and officers, and my training and experience.

4. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that DANA violated 18 U.S.C. § 871.

**PROBABLE CAUSE**

5. On August 17, 2025, at approximately 10:00 p.m., officers of the Metropolitan Police Department of the District of Columbia (MPD) responded to a report of destruction of property at a restaurant in northwest D.C. A man subsequently identified as the defendant, Edward Alexander DANA, was seen damaging a light fixture by pulling it off the exterior wall of the restaurant. The incident was captured on video. Based on his distinctive clothing, DANA was quickly located nearby, where a witness saw him preparing to fight another person. MPD officers detained and ultimately arrested DANA.

6. I have reviewed body-worn camera ("BWC") footage of DANA's detention and arrest. Throughout the encounter, DANA displayed a calm demeanor and professed ignorance of why he was being arrested, claiming that he had been running from people who were trying to rob him. Seemingly in response to bystanders who were protesting his arrest, DANA identified himself by name as "Edward Dana," described himself as a "person with intellectual disabilities," and made various comments about his family history, such as that he was descended from the Huguenots. DANA also stated, "This is Donald Trump's way of saying, hey, I can look like Putin," and "The Constitution is being attacked." Once officers confirmed that DANA was the person captured on video damaging the light fixture, he was brought into an MPD vehicle for transport to the police station.

7. I have reviewed BWC footage of DANA's transport. While in transit, DANA made several unprompted statements that he was a "person with disabilities" and that he was intoxicated. However, DANA also conversed coherently with the transporting officer, such as by posing questions about what he was being arrested for. When told he was being arrested for destruction of property, DANA responded, "What property did I destroy? Because I'm going to go back there

and destroy more of it." DANA also asked, "Is that over a thousand dollars?," apparently in reference to the value of the property destroyed.

8.  In addition to stating that he was going to "go back there and destroy more" property, DANA made further comments of a threatening nature. For example, he told the officer: "I'm going to go back to the restaurant and fuck that person up. I'm going to beat the shit out of them, and I'm going to make sure that they remember." He later continued, "I'm going to fuck their asses up. I'm going to destroy their property by any means necessary." DANA later claimed to be affiliated with the Russian mafia and told the officer, "I'm going to find out who you are, where you live, who you're married to, if any… I'm going to make sure that many people, not just me, come after you… I'm going to fuck your ass up."

9.  In the course of his threatening statements, DANA threatened to kill the President. Specifically, DANA told the officer: "I'm not going to tolerate fascism. You see, I was adopted [inaudible] to protect the Constitution by any means necessary. And that means killing you, officer, killing the President, killing anyone who stands in the way of our Constitution… You want to stand in the way of our Constitution, I will fucking kill you."  Immediately thereafter, the officer radioed to the station that notification should be made to the U.S. Secret Service that DANA had threatened to kill the President. DANA then stated, "You understand me? I will happily die to protect [inaudible]… I will die for freedom, and I will die, happily, for the Constitution."

## CONCLUSION

Based upon the facts above, there is probable cause to believe that Edward Alexander DANA violated 18 U.S.C. § 871 in that, on or about August 17, 2025, he threatened to kill the President of the United States.

Respectfully submitted,

*[signature]*

Adriana Hernandez
Special Agent
United States Secret Service

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 on August 19, 2025.

_____
MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE