AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**RECEIVED**
By USMS District of Columbia District Court at 2:38 pm, Aug 20, 2025

United States of America
v.

Edward Alexander Dana,

Defendant

)
)
)  Case: 1:25-mj-00152
)  Assigned To: Judge Upadhyaya. Moxila A.
)  Assign. Date: 8/19/2025
)  Description: COMPLAINT W/ARREST WARRANT
)

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Edward Alexander Dana                                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

  18 U.S.C. § 871 (Threats against President and successors to the Presidency)

Date:  08/19/2025

*Issuing officer's signature*

City and state:  Washington, D.C.

Moxila Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/20/2025, and the person was arrested on *(date)* 8/21/2025
at *(city and state)* Washington DC.

Date: 8/21/2025

*Arresting officer's signature*

Stephen H. Lowe  DUSM
*Printed name and title*