UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 1:25-mj-152-MAU |
| : | |
| **EDWARD ALEXANDER DANA,** : | |
| : | |
| **Defendant.** : | |

**GOVERNMENT'S MOTION FOR STAY AND
REVIEW OF RELEASE ORDER**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion for stay and review of a release order in the above-captioned case. The government requests a hearing on this motion to be set on Monday, August 25, 2025.

The defendant is charged by complaint with one count of making threats against the President, in violation of 18 U.S.C. § 871. *See* ECF 1. On Friday, August 22, the Magistrate Judge held a detention hearing and ordered that the defendant be released on conditions. *See* ECF 9. It is anticipated that the defendant will be released on Monday, August 25.

The government respectfully submits that the conditions order by the Magistrate Judge are not sufficient to protect the safety of any other person and the community.

Because this Court has original jurisdiction over the defendant's prosecution, it has sole authority to review the Magistrate Judge's release order and may stay that order pending review. *See* 18 U.S.C. § 3145(a)(1) ("If a person is ordered released by a magistrate, . . . the attorney for the Government may file, with the court having original jurisdiction over the offense, a motion for revocation of the order or amendment of the conditions of release."). The review of a magistrate's

release order is de novo. *See, e.g.*, *United States v. Tortora*, 922 F.2d 880, 883-84 (1st Cir. 1990); *United States v. Hudspeth*, 143 F.Supp.2d 32, 35-36 (D.D.C. 2001) (Kennedy, J.).

In support of this motion, the government incorporates the arguments and exhibits that were filed under seal in advance of the original detention hearing. *See* ECF 8-1 through 8-6.[1] The government likewise incorporates video evidence shown at the detention hearing, which the government can submit to the Court by USAFx file transfer or other means.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:   */s/ Conor Mulroe*
CONOR MULROE
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530
(202) 740-4595
Conor.Mulroe@usdoj.gov

---

[1] The government is preparing redacted versions of the pleading and exhibits for public filing.