## CCN # 17138414 - Arrest Report

| REPORT DATE / TIME | EVENT START DATE / TIME - EVENT END DATE / TIME | REPORT AUTHOR |
|---|---|---|
| Aug 11, 2017 23:07 | Aug 11, 2017 23:30 | NIC RIZZI 7020 #S-774 |
| WEATHER | | WERE THERE PARAMEDICS AT THE SCENE OF THE EVENT? |
| Cloudy | | ☐ YES ☒ NO |

## STATEMENT OF FACTS

On August 11, 2017 at 1746 hours, members of the Sexual Assault Unit received a request for assistance at 6217 31st NW, Washington, DC for a sexual assault. Detective Nicole Rizzi and Detective Tonia Gay responded to the scene.

Upon arrival on scene, the defendant, later identified as DANA, Edward (DOB: 08/06/1995, W/M) was in handcuffs, having been identified as having committed several offenses. Det. Rizzi was advised by Detective K. Kimball that C1 had reported that the defendant tried to "force himself" on C1. The defendant also resisted arrest and attempted to grab C3's holstered service weapon as C3 attempted to effect the arrest.

Det. Rizzi interviewed C1, who stated that he invited the defendant and his friend, "Fox," to come to his house. He stated that he and the defendant had a previous sexual relationship. When the defendant and his friend arrived, C1 observed they were "wasted," and stated that they appeared to be intoxicated. According to C1, the defendant was alone with him in an upstairs bedroom and "forced himself" upon C1. When asked for details, C1 told Det. Rizzi that the defendant held him down on the bed and "grinded" his body against C1's. He said he thought the defendant was "horny," and resisted the assault. C1 said, "Eddie stop, get off of me!" but the defendant continued, choking C1 and attempting to pull down the back of his pants.

C1 was able to escape the defendant's grasp and went downstairs. C1 stated that the defendant tackled him again in the dining room, bringing him to the floor. He said he "grinded" against him again, and again C1 was able to escape his grasp. After taking a phone call, C1 witnessed the defendant talking to C2. The defendant was asking C2 if he had a sexual relationship with C1. The defendant also demanded that C1 "get the bag," meaning a bag belonging to the defendant. C1 knows the defendant to be "into" handcuffing people. C1 initially said no but later got the bag for the defendant. From the bag the defendant took out a pair of handcuffs and, according to C1, C2 allowed himself to be handcuffed. He said C2 put his hands behind his back so the defendant could handcuff him.

Once C2 was handcuffed, the defendant began stroking C2's hair and saying, "You're cute." He later asks C2 to admit to having sex with C1 in exchange for removing the handcuffs. C2 admitted to a sexual relationship with C1, but then the defendant was unable to locate the handcuff key.

C1, C2, "Fox," and the defendant then looked around for a handcuff key and when they were unable to find one, they used a paper clip to undo one of the handcuffs. The defendant also, at some point in the interaction, hit C1 with his hands on his shoulder, chest, and head. The defendant also threw C1's phone and laptop computer to the ground.

C1 then went outside and called his father, asking him to call 911.

C2 was also interviewed. C2 stated that he witnessed the defendant kick and hit C1. He also saw the defendant spank C1 on the buttocks and grab C1, telling him, "You're gonna give this to me."

C2 stated that the defendant also assaulted him, getting on top of him and hitting his legs and stomach, and choking him. He also stated that the defendant hit him on his body with a belt. C2 stated that the defendant ordered C1 to get his bag, and put handcuffs on C2. He said that the handcuffs were too tight, and they tried to take them off but did not have a key.

C1's father called 911, and when police arrived, C1, C2, "Fox," and the defendant had left the premises. Upon seeing police at the residence, they returned. After interviewing C1 and ascertaining that the defendant had committed an offense, C3 attempted to place the defendant under arrest. The defendant tensed his arms in an attempt to prevent being handcuffed. C3 moved the defendant to a nearby police vehicle to gain control of the defendant. C3 spun around and attempted to remove C3's holstered service weapon by placing his right hand on the grip of the weapon. C3 struck the defendant in the face with a closed fist, and the defendant loosened his grip.

To confirm the identity of the defendant, Det. Rizzi also had C1 identify the defendant at a distance of approximately 30 feet in dusk

lighting conditions near the offense location. He stated that was "Edward" and that he had assaulted him and handcuffed C2.

C1's father also advised Det. Rizzi that while he was en route to the home after calling 911, C2 called and said, "I'm ok, everything is okay here, nothing's happening."

The defendant was transported to 300 Indiana Avenue NW for processing. He was advised of his Miranda Rights by Det. Rizzi at 2159 hours. He waived those rights and agreed to provide a statement.

He stated that everyone was drinking, including C1 and C2, at the house. He said he goes there almost every day, and has had a previous sexual relationship with C1. He stated that he last had sex with C1 one to two weeks ago.

He stated that he "roughhoused" with both C1 and C2 at various times in the home, but stated that he is "always" rough with them and they like it. He said that he did "wrestle" with C1 in the kitchen and asked him to have sex with him, but when he said no he stopped. He admitted to handcuffing C2 but stated that it was "consensual."

The defendant also admitted to trying to leave when police asked him to stop. He said he was advised he was being detained, and when "an officer" touched his hand, he did begin resisting. He said that he was pushed into a vehicle and began resisting actively, because he did not want his friend "Fox" to get into trouble.

---

## CCN # 17138414 - Offense/Incident Report

| REPORT DATE / TIME | EVENT START DATE / TIME - EVENT END DATE / TIME | REPORT AUTHOR |
|---|---|---|
| Aug 11, 2017 23:07 | Aug 11, 2017 14:30 - 17:30 | NIC RIZZI 7020 #S-774 |

| WEATHER | SHOTS FIRED | WERE THERE PARAMEDICS AT THE SCENE OF THE EVENT? |
|---|---|---|
| Cloudy | ☐ YES ☒ NO | ☐ YES ☒ NO |

### PUBLIC NARRATIVE

C1 reported to police that the defendant, later identified as DANA, Edward, wrestled him on the bed, choked him, and tried to pull down his pants while saying, "I'm gonna fuck you silly." Additionally C1 reported that the defendant tackled him again later and "grinded" his body against C1's, and also hit him in the shoulder, chest, and head. C2 reported that the defendant tackled and choked him as well and hit C2's legs, stomach, and chest. When officers attempted to place the defendant under arrest, the defendant resisted, tightening his arms to attempt to prevent the application of handcuffs and grasped C3's holstered firearm by the grip as officers attempted to restrain him.

### INTERNAL NARRATIVE

SX17-422

## CCN # 22021056 - Offense/Incident Report

| REPORT DATE / TIME | EVENT START DATE / TIME - EVENT END DATE / TIME | REPORT AUTHOR |
|---|---|---|
| Feb 13, 2022 13:10 | Feb 13, 2022 11:58 - 12:28 | John Briscoe 11333 #5495 |
| WEATHER | | SHOTS FIRED |
| Blowing Snow | | ☐ YES ■ NO |

### PUBLIC NARRATIVE

On the listed date and time at the listed location, C-2 arrived at the Vet Clinic approximately 15 minutes after his scheduled appointment. C-1 informed C-2 that he arrived after the 10 minute grace period and would need to reschedule.

C-2 did not like the fact that his pet would not been seen after traveling from far. C-2 got upset and begin yelling at C-1, demanding his pet be seen by the vet. C-1 told him no and he need to reschedule and leave. C-2 refuse to leave and C-1 denied C-2 entry into the establishment. C-2 bang on the glass and demanded to be seen and C-1 called MPD to have C-2 removed from the area.

### INTERNAL NARRATIVE

C-2 left the area on his own free will after requesting his pets medical record history.

C-2 was informed he was barred (by the company owner) from the premises and not to return or be subject to arrest.

## 22158360 – October 31, 2022

### Public Narrative

On the above listed date and time, RO initiated a stop of SB-1 at the above listed location due to SB-1 failing to yield at a controlled intersection at Connecticut Ave NW and Calvert St NW and not heeding police commands to stop for a passing motorcade. SB-1 advised that he was unaware of the police activity and was sent on his way at 1813 hours.

### Internal Narrative

On Monday, October 31, 2022, at approximately 1753 hours, RO (Sergeant Stewart Busch #S448), while holding a controlled intersection in a full police uniform for a Secret Service Motorcade at the intersection of Connecticut Ave and Calvert St. NW first encountered SB-1.

Utilizing a marked United States Secret Service Police Cruiser with the emergency light-bar package fully activated to block all westbound lanes of travel on Calvert St. RO attempted to stop SB-1, later identified by a District of Colombia driver's license as Edward Alexander Dana (DOB: 08/06/1995), from operating his bicycle into the controlled intersection.

RO observed SB-1 operating a pedal bicycle westbound on Calvert St. and rapidly approaching the intersection that was shut down as the motorcade was passing through. RO made numerous verbal attempts using the words "stop", "hold-up" and "wait" as well as used physical gestures in an attempt to gain SB-1's attention and to get SB-1 to stop before entering the intersection. SB-1 made no attempt to stop or even slow down and continued to operate the bicycle, entering the far northeastern corner of the intersection before quickly guiding the bicycle right, into the northbound lanes of Connecticut Ave, away from the passing motorcade.

Once the motorcade had safely exited the controlled intersection, RO departed the area northbound on Connecticut Ave to canvass for SB-1, at which RO located SB-1 approximately one block away at the intersection of Connecticut Ave and 24th St. NW.

SB-1 was mounted on the bicycle but stationary in the number two lane, blocking traffic. RO pulled up behind SB-1 and asked SB-1 to relocate out of the lane of travel to the sidewalk so a conversation could occur.

At this time SB-1 refused to move out of the street and became verbally aggressive, stating that RO "doesn't own the city" and that SB-1 doesn't have to stop for police. RO then removed SB-1 from his bicycle, escorted SB-1 safely to the sidewalk, and detained SB-1 in handcuffs. AS (Officer Kelly Bershaw #1516) arrived on scene and retrieved SB-1's Washington D.C. driver's license and re

quested a NCIC/WALES check through the United States Secret Service FMB Control Center. SB-1's return came back clear, with no wants or warrants.

During the investigation and conversation with SB-1, SB-1 admitted to possessing a disdain for law enforcement but also stated that he wasn't aware of the passing motorcade and was apologetic about failing to stop. SB-1 went on to disclose that he was "having a bad day" and that he was taking out some anger but was truly sorry for his actions.

SB-1 was advised to heed lawful orders issued by police officers and stop for passing emergency vehicles.

22165128 – Nov. 12, 2022

### Public Narrative

On the above listed date and time, RO-1 was dispatched to the above location for the report of an individual trying to climb the fence of the property. AS-1 stopped an individual matching the BOLO. A sweep of the location was requested which yielded, negative results. After investigation the individual was SOW.

### Internal Narrative

On the above listed date and time, RO (R. DeCaires, badge #1826) responded to the above location for the report of an individual trying to climb the fence of the property. Upon arriving on scene RO met with RP-1 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, the Ambassador living at the location, who stated that he did not believe the individual made it onto the property.

AS-1 (J. Roberts #1222) was traveling east bound on Fessenden St., NW from 30th St., NW canvasing for the BOLO (Be On Lookout) related to an individual trying to gain entry to ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮. AS-1 was stopped by Metropolitan Police Officers who stated that they had information that the individual in question left the scene on a burgundy color van with no license plate displayed.

AS-1 continued the canvas, and in the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ AS-1 observed SB-1 (Edward A. Dana DOB-08/06/1995) near the passenger side of VEH-1(VIN 2B6HB21Y3VK580478), a burgundy Dodge Ram 2500 van with no license plate. AS-1 asked SB-1 if that was his van, and he stated that it was. AS-1 then detained SB-1 at 1456 hours.

AS-1 asked SB-1 if he had recently been in the area of ▮▮▮▮▮▮▮▮▮▮▮▮▮ and he stated that he was walking along the perimeter of the fence. SB-1 stated that he was looking for a place to go to the restroom, and that he thought he was in Rock Creek. SB-1 stated that he suffers from Autism and ADHD, and that he sometimes lives with his mentor Andy Reece ▮▮▮▮▮▮▮▮▮▮ located at ▮▮▮▮▮▮▮▮▮▮▮▮.

RP-1 requested units to coduct a security sweep of the outer perimeter and the basement of the location. At 1545 hours, the sweep of the location yielded negative results.

Upon the completion of the investigation, it was unclear if SB-1 actually made entry onto the property, and SB-1 was SOW at 1609 hours.

## CCN # 23028450 - Offense/Incident Report

| REPORT DATE / TIME | EVENT START DATE / TIME - EVENT END DATE / TIME | REPORT AUTHOR |
|---|---|---|
| Feb 21, 2023 21:19 | Feb 21, 2023 15:44 - 17:06 | Michael Robidoux 12687 #5148 |

**WEATHER**
Clear

**ASSISTING PERSONNEL / TYPE(S)**
Dexter Martin 3307 #D21414 (Assisting Officer)

**SHOTS FIRED**
☐ YES ■ NO

### PUBLIC NARRATIVE

This statement of facts is based on my best recollection without having the legal authorization to review any associated body-worn camera footage to assist in writing this statement. For further details or clarifications regarding the circumstances of this event, please refer to the BWC recording.

On February 21, 2023 an MPD Detective observed a vehicle driving the wrong way on 4th street NW, which is a one way street. The MPD Detective noticed SUB-1 exit the vehicle, leaving it in the road, before entering the Judiciary square metro. The Detective walked over to the vehicle and noted that the vehicle did not have tags on it and that the vin in the dashboard of the vehicle was partly scratched off.

SUB-1 returned from the metro and MPD Officers stopped the individual, who stated he did not have any identification on him and that the vehicle was his mothers vehicle.

Officers conducted database checks on SUB-1 and the vehicle while SUB-1 was stopped. SUB-1 was issued an NOI for driving the wrong way on the street, failure to have tags, and failure to display a permit upon demand.

### INTERNAL NARRATIVE

BWC activated.

MPD Detective Martin, Dexter #2039 was on scene and initially noticed the traffic violation before calling for additional Officers.

Detective Martin's phone number is (202) 740-4743.

Officers conducted a permit check on SUB-1 which returned that he did have a valid DC driver's license.

Officers were eventually able to see the vin of the vehicle by opening up the hood of it. Officers ran the vin which returned that the vehicle was in fact registered to the mother of SUB-1 out of Pennsylvania and that it was not listed as stolen.

NOI# 293729026, 293729030, 293729041 issued to SUB-1.

## CCN # 23094504 - Offense/Incident Report

| REPORT DATE / TIME | EVENT START DATE / TIME - EVENT END DATE / TIME | REPORT AUTHOR |
|---|---|---|
| Jun 12, 2023 21:27 | Jun 12, 2023 20:45 - 21:28 | Jayson Ortiz 10845 #5054 |

**WEATHER**
Clear

**ASSISTING PERSONNEL / TYPE(S)**
Johnathan Matthews 11788 (Assisting Officer)

**SHOTS FIRED**
☐ YES  ■ NO

### PUBLIC NARRATIVE

On the listed date and time, the undersigned officers responded to the above-listed area in reference to a Suspicious person and vehicle outside of the listed location.

Once on scene, we observed SUB-1 attempting to leave the area in a maroon van.

The undersigned officer then spoke with W-1 who observed Sub-1 walking through the construction zone area.

Contact was made with W-1 and Sub-1, and based on the undersigned preliminary investigation it was revealed that no offense occurred.

### INTERNAL NARRATIVE

BWC ACTIVATED

A WALES/NCIC check was conducted on Sub-1 which yielded negative results.

Sub-1 was advised and sent on his way.

## CCN # 23094760 - Offense/Incident Report

| REPORT DATE / TIME | EVENT START DATE / TIME - EVENT END DATE / TIME | REPORT AUTHOR |
|---|---|---|
| Jun 13, 2023 10:50 | Jun 8, 2023 22:10 - 22:15 | Vanessa Marrow 7970 #7970 |
| WEATHER | | SHOTS FIRED |
| Unknown | | ☐ YES ☒ NO |

### PUBLIC NARRATIVE

R-1 reports for V-1 to this writer on the indicated date & time, S-1 was a patron the restaurant, began to bang on the glass window from inside the establishment, subsequently causing the glass to break, as a result S-1 sustained serious injury to his person, but refused medical attention.

### INTERNAL NARRATIVE

V-1 advises the offense was captured on surveillance cameras, R-1 states he will forward the footage to this writer to be attached to the report.

TRU REPORT: BWC activation, CSS notifications and the completion of the injury card are not a requirement of the unit's reports. At the conclusion of the interview V-1 had no additional information to report.

## CCN # 24113720 - Offense/Incident Report

| REPORT DATE / TIME | EVENT START DATE / TIME - EVENT END DATE / TIME | REPORT AUTHOR |
|---|---|---|
| Jul 25, 2024 01:08 | Jul 25, 2024 00:42 - 01:15 | Pemen Karas 12632 #2785 |
| WEATHER | | SHOTS FIRED |
| Clear | | ☐ YES ■ NO |

### PUBLIC NARRATIVE

On the listed date, time, and location, responding officers were flagged down regarding a simple assault.

V-1 reported that while checking the street for parking violations, S-1 approached and asked about the relocation of his vehicle.

V-1 asked S-1 for the vehicle tag, but S-1 could not remember it.

V-1 explained that he could not check the system without the vehicle tag. S-1 then became verbally abusive and spat on V-1. Responding officers stopped S-1, who was subsequently charged with simple assault.

Furthermore, while S-1 was walking at the listed location, he ripped out the paper parking signs into small pieces.

V-1 stated that he did not have any injuries and refused any medical treatment.

### INTERNAL NARRATIVE

BWC ACTIVATED.

V-1 is DPW employee.

S-1 was stopped at 2400 H street NW.

10-29 was conducted for S-1 through the second District Radio Zone Dispatcher with negative results.

S-1's vehicle was located at 525 23rd street NW.

A warrant for Simple Assault will be applied for S-1.

Axon Capture: Photographs Uploaded to evidence.com

## CCN # 25093702 - Offense/Incident Report

| REPORT DATE / TIME | EVENT START DATE / TIME - EVENT END DATE / TIME | REPORT AUTHOR |
|---|---|---|
| Jun 22, 2025 21:39 | Jun 22, 2025 20:35 - 21:37 | Joshua Rogers 12716 #5048 |

**WEATHER**
Clear

**ASSISTING PERSONNEL / TYPE(S)**
Justin Roche 12432 #5399 (Assisting Officer)

**SHOTS FIRED**
☐ YES  ■ NO

### NOTIFICATIONS

| NOTIFICATION-1 MADE | NOTIFICATION DATE |
|---|---|
| Other | Jun 22, 2025 21:26 |

**NOTIFICATION DETAILS**
SLB5, Spears

### PUBLIC NARRATIVE

Officers responded to a call for service. Upon arrival, the officers spoke with V-1 and V-2 who stated that, after getting off a bus at Connecticut Ave NW and Q St NW, they passed by S-1 who stated "I am going to run you over" to V-1 and V-2. V-1 and V-2 stated that S-1 then sped past them as they crossed over Connecticut Ave NW.

### INTERNAL NARRATIVE

BWC activated.

V-1 took a photo of S-1 and S-1's vehicle and provided it officers.

V-1 and V-2 said they got off the D2 bus at approximately 2000 hours.

S-1 was described as a middle eastern/Indian male, wearing a yellow top, and bearded. S-1 is seen driving a green Subaru Outback bearing DC tag JJ1448.

A WALES/NCIC check shows the vehicle as registered to an Edward Alexander Dana, born 08/06/1995. DC DL# 4778488.

V-1 and V-2 stated that S-1 was arguing with the bus driver before shouting something along the lines of "I hate white people" at them. However, V-1 and V-2 said they did not feel targeted by the statement, but that S-1 was suffering a mental health crisis.

Officers obtained camera footage from bus #3755, via WMATA Det. McCarty #D963. The footage shows S-1 shouting out the driver side window and speeding off into the 1500 block of Q St NW. V-1 and V-2 are seen crossing into the 1500 block of Q St NW, and later jogging after S-1 passes.

SLB 5, Spears, notified.

Photos and video uploaded to evidence.com.

## CCN # 25093703 - Offense/Incident Report

| REPORT DATE / TIME | EVENT START DATE / TIME - EVENT END DATE / TIME | REPORT AUTHOR |
|---|---|---|
| Jun 22, 2025 21:56 | Jun 22, 2025 20:01 - 22:00 | Omer Dilmac 12119 #5428 |
| WEATHER | | SHOTS FIRED |
| Clear | | ☐ YES ■ NO |

### PUBLIC NARRATIVE

On Sunday, June 22, 2025, at approximately 8:02 p.m., a report was received regarding a robbery at a business. Upon arrival at the scene and after conducting an investigation, it was determined—based on witness statements and examination of the area—that no robbery had occurred. However, the investigation revealed that the front windows of the stores door had been damaged.

### INTERNAL NARRATIVE

BWC ACTIVATED

The suspect was stopped by MPD officers between P Street and Q Street because he matched the description provided. Later, upon reviewing the video footage, it was determined that the individual who was stopped had damaged the front entrance glass doors of the mentioned businesses.

Warrant will be applied for S-1's arrest for destruction of property.

S-1 is not a flight risk he resides in Washington D.C

_____UPDATE_____

Police were able to locate the said subject, who appeared to be suffering a mental health crisis. Originally Sub-1 stated he was a diplomat and made mention of ties to Russia.

Sub-1 made several comments regarding the war in Iran and how the US was responsible. At one point, Sub-1 told officers that they were awakening a sleeper cell and that he would bomb places.

Sub-1 self describes himself as being bipolar, autistic, PTSD sufferer, and borderline personality.

Sub-1 was transported to Georgetown Emergency Room for treatment (FD-12).

SARS report and email to intel were sent.

## CCN # 25125598 - Arrest Report

| REPORT DATE / TIME | EVENT START DATE / TIME - EVENT END DATE / TIME | REPORT AUTHOR |
|---|---|---|
| Aug 17, 2025 22:39 | Aug 17, 2025 22:17 - 22:27 | Yenli Almanzar 11511 #5628 |

**WEATHER**
Rain

**ASSISTING PERSONNEL / TYPE(S)**
Brian Murray 10589 (Assisting Officer), EVAN BASSETT 9919 #2892 (Assisting Officer)

**SHOTS FIRED**
☐ YES ■ NO

### STATEMENT OF FACTS

The offense occurred on August 17, 2025, at approximately 2200 hours outside 1450 Q St NW Washington, DC PSA 208.

Officer Almanzar was working full uniform, in a mark police vehicle utilizing call sign CST15 along with his partners Officer Murray and Officer Bassett.

MPD officers responded to a destruction of property call for service.

An unidentified witness observed a subject, later identified as Edward Dana (D-1), pulling on exterior lights affixed to a business located at 1520 14th St NW. The witness promptly notified the business owner(R-1).

R-1 stepped outside and observed that the lighting fixtures attached to the exterior of her business had been damaged. Police estimated the cost of the damage to be approximately $500 USD. R-1 will get an estimate at a later time.

Following the incident, D-1 engaged in a verbal altercation with the unidentified witness and according to R-1 were about to fight each other.

Officer Murray responded to the scene and was provided with video footage capturing the offense. Officer Murray was able to determine that the subject in the video, was, in fact the Defendant. The video evidence will be uploaded to Evidence.com.

D-1 was identified on scene by responding officers based on prior interactions as Edward Dana.

D-1 was transported to the Second District for processing.

While transporting D-1, D-1 yelled that he "was going to kill the president" and that he was going to have "Putin bomb America."

In the holding cell, D-1 was throwing toilet water towards other prisoners, according to the station personnel. D-1 also stated, "I should've killed the black mother fuckers," referring to the scene which he was on.