UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No. 25-mj-152 |
| EDUARDO ALEXANDER DANA, | |
| Defendant. | |

## ORDER

On September 4, 2025, the Court held a hearing in this matter. The Court granted the government's motion to dismiss without prejudice. But that is not the end of the story. The government's actions created cause for alarm. The Court questioned the government about its unprecedented recent actions of charging and then dismissing cases. These catch-and-release arrests have caused presumed-innocent people to spend days detained at the D.C. jail. This goes against our Constitutional norms. And this Court will not be silent when presumed-innocent people are mistreated. *See, e.g.*, Josh Gerstein, *Judge: Massive scope of Jan. 6 probe led to rights being "trampled,"* Politico (Mar. 7, 2022), https://www.politico.com/news/2022/03/07/judge-jan-6-probe-rights-trampled-00014808.

The Court directed the government to respond to the Court's concerns. The Court informed the parties that it would issue a written order identifying what specifically the Court needed answers to.

On September 4, 2025, the Court issued a written order asking the following questions:

1

(1) When did the government inform the defense that it was seeking to dismiss the case;

(2) Why was a motion to dismiss not filed at the same time the misdemeanor charges were filed in Superior Court?;

(3) Why was a motion to dismiss not filed before the preliminary hearing;

(4) Why was a motion to dismiss not filed the moment the government decided to dismiss the case?; and

(5) What is being done to remedy what happened to Mr. Dana, including a motion to dismiss with prejudice and/or expungement of his arrest record.

At the hearing, the Court also directed the AUSA to inform his management of the Court's concerns. Clearly, that order was followed.

The government subsequently filed a motion requesting additional time and clarification of the Court's request.

The Court hereby clarifies what is expected of the government and when. On September 8, 2025, the government shall file a single pleading addressing the above 5 issues. If the government is not seeking to dismiss this case with prejudice and/or expunge Mr. Dana's arrest, the government shall also then submit briefing to justify such action.

No other issues need be addressed in the September 8, 2025 filing.

Date: September 5, 2025

_____
ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE

2