UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Crim. No. 1:25MJ152** |
| | ) | |
| | ) | |
| **EDWARD DANA** | ) | |

## PROPOSED ORDER

Upon consideration of the movant, Edward Dana's Motion to Dismiss this case with prejudice and to expunge or seal his arrest, the government's Opposition, and the movant's Reply, the Court hereby finds that it is in the interests of justice to dismiss this case <u>with</u> prejudice and to expunge and seal the public criminal records of the movant's arrest and any related court proceedings.

Accordingly, it is this _____ day of _____, 2025, ORDERED that

1. The above-captioned case is DISMISSED WITH PREJUDICE;

2. The prosecutor and law enforcement responsible for the movant's arrest, the Metropolitan Police Department, the Federal Bureau of Investigations, the Pretrial Services Agency, the D.C. Department of Corrections, the Court Services and Offender Supervision Agency and the Clerk of the U.S. District Court for the District of Columbia shall expunge all of their publicly available records of the above-captioned case;

3. Unless otherwise ordered by the Court, the Clerk of the U.S. District Court shall reply in response to any inquiries from the public concerning the existence of any record pertaining to the movant's arrest or any related court proceeding in this case that no record are available.

SO ORDERED.

_____
Zia M. Faruqi
U.S. Magistrate Judge